## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *ex rel.* ROBERT REDDELL and | § | |
| ROBERT HENDRIX, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 1:14-CV-00086 |
| | § | |
| v. | § | |
| | § | |
| DYNCORP INTERNATIONAL, LLC and | § | Judge: Marcia A. Crone |
| DAMCO U.S.A., INC., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## EXHIBIT INDEX

| No. | Description |
|---|---|
| 1 | November 20, 2020 expert report by Michael D. Walker |
| 2 | December 21, 2020 joint expert report by Bill Walter and Steve Trautwein |
| 3 | January 22, 2021 expert rebuttal report by Bill Walter |
| 4 | January 22, 2021 expert rebuttal report by Michael Walker |
| 5 | MSA between DynCorp and Damco |
| 6 | June 5, 2020 letter from DCMA |
| 7 | May 22, 2020 DCAA memorandum |
| 8 | August 26, 2014 e-mail from Lindsay Wingate to Jim Percival |
| 9 | January 30, 2013 e-mail from Rick Chevalier to Kevin Bryant |
| 10 | October 19, 2012 email between Chris Gilley and Relator Robert Reddell |
| 11 | February 24, 2013 email from James Grazioplene to Rick Chevalier |

| 12 | March 14, 2013 email from Krista Robinson |
|----|-------------------------------------------|
| 13 | Adam Nicholas deposition transcript |
| 14 | Rick Chevelier deposition transcript |
| 15 | Trautwein deposition transcript |
| 16 | Krista Robinson deposition transcript |