# EXHIBIT 6



**DEFENSE CONTRACT MANAGEMENT AGENCY**
DCMA CONTRACT CLOSEOUT CENTER
1801 Allen Parkway, Suite 210
Houston, TX 77019

June 5, 2020

DynCorp International LLC
ATTN: Mr. Chris Gilley
VP, Government Finance and Compliance
13500 Heritage Parkway
Fort Worth, TX 76177-5318

SUBJECT:   Notice of Intent to Potentially Disallow Costs, Contract No. W52P1J-07-D-0007

Dear Mr. Gilley,

The purpose of this notice is to notify DynCorp International LLC ("DynCorp") that I have received the attached memorandum from the Defense Contract Audit Agency ("DCAA"), which raises a question regarding the allowability of certain subcontract costs billed by DynCorp under Contract No. W52P1J-07-D-0007. As a consequence, I am considering whether to disallow the subcontract costs questioned by the attached memorandum in accordance with the FAR 31.2 Contract Cost Principles, including FAR 31.201-2 and 31.201-3.

I would like to give DynCorp a reasonable amount of time to review the attached memorandum and provide a response to its findings, so I am also considering the use of a procedural tolling agreement to toll any statute of limitations that may apply. Executing a tolling agreement will give us the opportunity to discuss and analyze the costs questioned in the memorandum and explore possible resolution of this contractual issue. Accordingly, please also review the attached draft Tolling Agreement, acknowledge receipt of this notice and provide an initial response to this notice and its attachments by June 15, 2020.

If you have any questions, please contact the undersigned by phone at (832) 918-4899 or by email at crystal.d.labrecque.civ@mail.mil.

LABRECQUE.CRYSTAL.DAWN.1190283409
Digitally signed by LABRECQUE.CRYSTAL.DAWN.1190283409
Date: 2020.06.05 09:11:29 -05'00'

CRYSTAL D. LABRECQUE
Administrative Contracting Officer
Defense Contract Management Agency

Attachments:   DCAA OIS 850.3 Memorandum, dated 5/22/2020
Tolling Agreement

Copy to: DCAA

1

ACKNOWLEDGEMENT OF RECEIPT:

DynCorp International LLC acknowledges receipt of this notice.

Signature: _____

Name: _____

Title: _____

Date: _____