# EXHIBIT 8

| | |
|---|---|
| **From:** | Percival, Jim </O=MMS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JPE010> |
| **Sent:** | Thursday, August 28, 2014 3:01 PM |
| **To:** | Wingate, Lindsay A CIV (US); Yu, Anna L CIV DCAA RCE (US); James, Teri R CIV DCAA RCE (US) |
| **Cc:** | Artioli, Thomas L CIV USARMY ACC (US) |
| **Subject:** | RE: DynCorp International Ocean Shipments - DAMCO |

Lindsay,

As I tried to explain below Damco enters into confidential ocean contracts with it's subcontractors and by providing copies of the ocean bills of lading we are violating this confidentiality.

This practice of entering into confidential contracts is not unique to Damco and is prevalent thru the forwarding industry.

Because of this confidentiality we requested a NDA from you and in turn we would provide a sampling of the shipments.

If you are unable to provide a NDA please confirm by return email that DCAA will maintain confidentiality of these documents and utilize for DCAA purposes only.

Regards,

Jim Percival

-----Original Message-----
From: Wingate, Lindsay A CIV (US) [mailto:lindsay.a.wingate.civ@mail.mil]
Sent: Tuesday, August 26, 2014 11:27 AM
To: Percival, Jim; Yu, Anna L CIV DCAA RCE (US); James, Teri R CIV DCAA RCE (US)
Cc: Artioli, Thomas L CIV USARMY ACC (US)
Subject: RE: DynCorp International Ocean Shipments - DAMCO

Jim,

==Are you referring to the DynCorp contract when you state that there could be a potential breach to the contract? Also, I believe DAMCO has a fixed unit rate type contract with DynCorp so therefore that contract is not a fixed price contract and DAMCO would be required to provide cost information to the Government. If DAMCO is unwilling to provide the information without a non-disclosure agreement then we will have to just note that the information was not provided and therefore we are unable to support the 20% ground transportation costs.==

Thanks,

Lindsay Wingate
Contracting Officer
LOGCAP
lindsay.a.foley.civ@mail.mil
Phone: 309-782-0224
DSN: 793-0224

1

**Exhibit 130**

DamcoRR_00363200

Cell: 309-278-2310

-----Original Message-----
From: Jim.Percival@damco.com [mailto:Jim.Percival@damco.com]
Sent: Tuesday, August 26, 2014 9:14 AM
To: Yu, Anna L CIV DCAA RCE (US); James, Teri R CIV DCAA RCE (US)
Cc: Wingate, Lindsay A CIV (US); Artioli, Thomas L CIV USARMY ACC (US)
Subject: RE: DynCorp International Ocean Shipments - DAMCO

Anna,

Damco's contract with Dyncorp is not a cost plus contract . As a result Damco is not aware of any FAR requirements that would require Damco to disclose it's costs. However in the interest of accommodating DCCA requests for information, Damco is willing to voluntarily provide cost information regarding the ocean portion of the transportation.

However Damco's ocean service contracts include confidentiality clauses and as a result if Damco were to voluntarily disclose this information to DCAA , it would potentially breach the ocean service contract and we would face liability .Damco believes  that it can significantly mitigate this liability if the DCAA enters into a non - disclosure agreement with Damco.

In conclusion Damco is willing to disclose certain ocean transportation information to the DCAA but as a reasonable mitigation measure  would have to do so with a non- disclosure in place.

Sincerely yours,

Jim Percival

-----Original Message-----
From: Yu, Anna, Ms, DCAA [mailto:Anna.Yu@dcaa.mil]
Sent: Friday, August 22, 2014 5:53 PM
To: Percival, Jim; James, Teri, Ms, DCAA
Cc: lindsay.a.foley.civ@mail.mil; thomas.l.artioli.civ@mail.mil
Subject: RE: DynCorp International Ocean Shipments - DAMCO

Jim,

DCAA is not signing/sending a non-disclosure agreement.  At the request of the Procuring Contracting Officer for the LOGCAP IV contract, we were asked to verify and review the costs DAMCO billed to DynCorp.  We asked DynCorp to provide additional information related to the DAMCO costs; however, we understand the information is considered proprietary and not privy to DynCorp; therefore, as the Government, we went directly to DAMCO and asked for the information.  Because DAMCO's information is proprietary, the Government is prohibited from discussing any information/support you provide with DynCorp.

If DAMCO does not wish to provide any information related to the costs billed to DynCorp on the LOGCAP IV contract, we would appreciate your reply to this e-mail acknowledging that DAMCO will not provide such information.

If you have any questions or concerns, please do not hesitate to contact me.


Thanks,

DamcoRR_00363201

Anna L. Yu, Supervisory Auditor
Defense Contract Audit Agency
DynCorp International Resident Office
T  817.491.0264 ext. 229
F  817.491.0849
Anna.Yu@dcaa.mil

FOR OFFICIAL USE ONLY

IMPORTANT: This e-mail, including all attachments, constitute Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed.  It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law.  If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited.  If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.


-----Original Message-----
From: Jim.Percival@damco.com [mailto:Jim.Percival@damco.com]
Sent: Thursday, August 21, 2014 2:23 PM
To: James, Teri, Ms, DCAA
Cc: Yu, Anna, Ms, DCAA; lindsay.a.foley.civ@mail.mil; thomas.l.artioli.civ@mail.mil
Subject: RE: DynCorp International Ocean Shipments - DAMCO

Teri,

Damco is willing subject to receipt of an executed Non Disclosure Agreement to provide a sampling of invoices received from the ocean carrier for the specific shipments you are auditing below.

Sincerely yours,

Jim Percival

-----Original Message-----
From: James, Teri, Ms, DCAA [mailto:Teri.James@dcaa.mil]
Sent: Wednesday, August 20, 2014 6:20 PM
To: Percival, Jim
Cc: Yu, Anna, Ms, DCAA; Foley, Lindsay A CIV (US); Artioli, Thomas L CIV USARMY ACC (US) (thomas.l.artioli.civ@mail.mil)
Subject: RE: DynCorp International Ocean Shipments - DAMCO

Jim,

To recap our telephone conversation this afternoon:

The $41,480 per 40' container rate is a through rate for port-to-door shipping which was developed using a proprietary pricing method.
Your allocation of 20% of the total rate to ocean freight is based on an estimate of the average cost of port to port shipping for that corridor; however, you decline to provide documentation to support that calculation to DCAA.

DamcoRR_00363202

Your offer to provide a spreadsheet with the estimated dollar amounts from Point to Point is appreciated, but without documents to support the costs and narrative to explain the basis of the intangibles, the information would be inadequate for our purposes.

I would appreciate your reply to this email as an acknowledgment of the above, or to let me know if there is any aspect of our conversation that I have not represented here or if you have additional information that we did not discuss.

Sincerely,


Teri R.S.James, CPA
DCAA Auditor
DynCorp International Resident Office
817-491-0264 ext. 264

FOR OFFICIAL USE ONLY

IMPORTANT:  This e-mail, including all attachments, constitutes Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed.  It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law.  If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited.  If you have received this e-mail in error, please notify the sender by phone and then destroy the e-mail immediately.



-----Original Message-----
From: Pegram, Josh [mailto:josh.pegram@damco-gov.com]
Sent: Tuesday, August 19, 2014 4:53 PM
To: James, Teri, Ms, DCAA
Cc: Yu, Anna, Ms, DCAA; Foley, Lindsay A CIV (US); Artioli, Thomas L CIV USARMY ACC (US) (thomas.l.artioli.civ@mail.mil); Percival, Jim
Subject: RE: DynCorp International Ocean Shipments - DAMCO

Good afternoon Teri,

I've copied in my colleague, Jim Percival, who will be handling this inquiry.  Thank you.

Regards,

Josh Pegram
Office:  +1 281 863 6918
Mobile: +1 281 536 1911
Email:   Josh.Pegram@damco-gov.com



-----Original Message-----
From: James, Teri, Ms, DCAA [mailto:Teri.James@dcaa.mil]
Sent: Tuesday, August 19, 2014 3:09 PM

4

To: Pegram, Josh
Cc: Yu, Anna, Ms, DCAA; Foley, Lindsay A CIV (US); Artioli, Thomas L CIV USARMY ACC (US) (thomas.l.artioli.civ@mail.mil)
Subject: DynCorp International Ocean Shipments - DAMCO

Mr. Pegram,

I am performing a review of invoices paid to DAMCO by DynCorp International
(DI) for shipments made on non-U.S. flag bearing vessels for the LOGCAP IV, Task Order 0004 contract. We asked DI to provide a break out of costs between ocean and inland for the $41,480 per container rate for the Northern Distribution Network shipments and received a copy of the correspondence between you and Dean Arnold within which you provided an estimate of 20% of the cost as ocean.

Please provide documentation to support the 20% allocation to the ocean portion of the shipping costs. I assume since you performed this exercise recently you will still have the documentation available, therefore I am requesting that you forward the data by close of business on Thursday, August 21.

Please let me know if you have questions or need additional clarification of this request.

Sincerely,

Teri R.S.James, CPA
DCAA Auditor
DynCorp International Resident Office
817-491-0264 ext. 264

FOR OFFICIAL USE ONLY

IMPORTANT: This e-mail, including all attachments, constitutes Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by phone and then destroy the e-mail immediately.

_____

The information contained in this message is privileged and intended only for the recipients named. If the reader is not a representative of the intended recipient, any review, dissemination or copying of this message or the information it contains is prohibited. If you have received this message in error, please immediately notify the sender, and delete the original message and attachments.

Please consider the environment before printing this email.

_____

The information contained in this message is privileged and intended only for the recipients named. If the reader is not a representative of the intended recipient, any review, dissemination or copying of this message or the information it contains is prohibited. If you have received this message in error, please immediately notify the sender, and delete the original message and attachments.

DamcoRR_00363204

Please consider the environment before printing this email.

_____

The information contained in this message is privileged and intended only for the recipients named. If the reader is not a representative of the intended recipient, any review, dissemination or copying of this message or the information it contains is prohibited. If you have received this message in error, please immediately notify the sender, and delete the original message and attachments.

Please consider the environment before printing this email.

6

DamcoRR_00363205