# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> *ex rel.* ROBERT REDDELL and § <br> ROBERT HENDRIX, § <br>  § <br>  § <br> Plaintiffs, § <br>  § <br> v. § <br>  § <br> DYNCORP INTERNATIONAL, LLC and § <br> DAMCO U.S.A., INC., § <br>  § <br>  § <br>  § <br> Defendants. § | Civil Action No. 1:14-CV-00086 <br><br><br><br> Judge: Marcia A. Crone |

## **ORDER**

Pending before the Court is Relators' motion to exclude the expert testimony of Bill Walter and Steve Trautwein. Having considered the Motion and the reasons stated therein, the Court is of the opinion that it should be granted.

Accordingly, it is ORDERED that the testimony of Bill Walter and Steve Trautwein is excluded.