| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES *ex rel.* ROBERT § 
REDDELL and ROBERT HENDRIX, §
§
    Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:14-CV-86
§
DYNCORP INTERNATIONAL LLC and §
DAMCO USA, INC., §
§
    Defendants. §

## ORDER OF CONDITIONAL DISMISSAL

Having been advised that the parties' February 25, 2022, mediation conference resulted in a settlement of all the pending issues in this case, it is

ORDERED that this case is dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within ninety (90) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

Any outstanding motions are conditionally denied as moot pending final settlement papers. In the event this case is reinstated, counsel retains the responsibility to re-urge any motions previously denied as moot.

This court retains jurisdiction to enforce the settlement.

 SIGNED at Beaumont, Texas, this 1st day of March, 2022.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE