| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES *ex rel.* ROBERT REDDELL and ROBERT HENDRIX, §§§§§

   Plaintiffs,

*versus*    CIVIL ACTION NO. 1:14-CV-86

DYNCORP INTERNATIONAL LLC and DAMCO USA, INC.,

   Defendants.

## ORDER OF DISMISSAL

Upon consideration of the Joint Stipulation and Motion for Dismissal by Relators Robert Reddell and Robert Hendrix (collectively, "Relators") and Defendants DynCorp International, LLC and Damco USA, Inc. (collectively, "Defendants") and the Notice of Consent to Dismissal by the United States of America ("United States") (#342), it is hereby ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of a settlement agreement ("Settlement Agreement") reached among the United States, Relators, and Defendants, all claims by Relators on behalf of the United States against Defendants are DISMISSED WITH PREJUDICE as to Relators.  Further, all claims for the Covered Conduct as defined in the Settlement Agreement by Relators on behalf of the United States against Defendants are DISMISSED WITH PREJUDICE as to the United States.  Lastly, all claims not covered by the Covered Conduct as defined in the Settlement Agreement by Relators on behalf of the United States against Defendants are DISMISSED WITHOUT PREJUDICE as to the United States.

SIGNED at Beaumont, Texas, this 3rd day of August, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE